# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ANN MCLAURIN and )
LYNNE FITZGERALD, )
       )
      **Plaintiffs,** )
       )
vs. )      **Civil No. 19-553**
       )
THE TERMINIX INTERNATIONAL )
COMPANY, L.P., AND TERMINIX )
INTERNATIONAL, INC., )
       )
      **Defendants.** )

## COMPLAINT TO CONFIRM ARBITRATION AWARD AND GRANT FINAL JUDGMENT

Come Plaintiffs Ann McLaurin and Lynne Fitzgerald (collectively "Plaintiffs"), and file this their Complaint to Confirm an Arbitration Award in their favor as a Final Judgment against the Defendants The Terminix Intl. Co., L.P. and Terminix Intl., Inc. (collectively "Defendants"), and in support state as follows:

1.      Plaintiffs Ann McLaurin and Lynne Fitzgerald are adult resident citizens of the State of Alabama, and reside in Baldwin County and Mobile County, Alabama respectively.

2.      Defendants The Terminix International Company, L.P. and Terminix International, Inc., are a foreign limited partnership and foreign corporation established, incorporated and with their principal place of business in the State of Tennessee, and which, at all times material, were conducting business in Mobile County, Alabama.  Their place of business in Mobile County, Alabama is 1032 N. University Blvd., Mobile, Alabama 36608.

3.      This Court has full and complete jurisdiction over the parties and subject matter of

this cause based on complete diversity of citizenship between the Plaintiffs and the Defendants, pursuant to 28 U.S.C. § 1331, and this being an action under a federal statute to confirm an arbitration award pursuant to 9 U.S.C. § 9, and this being an action to confirm an arbitration award and grant Plaintiffs Final Judgment against Defendants thereon.  The amount in controversy is well in excess of $100,000.00.

4.      Plaintiffs and Defendants into binding arbitration before Honorable Eugenia Benedict, arbitrator, with the American Arbitration Association.  After hearing the evidence and witness testimony presented live at a week long hearing in January 2019, after reviewing multiple post-hearing briefs on all issues, the Arbitrator did on August 14, 2019, render an Award, a copy of which is attached and made a part hereof as **Exhibit 1**, as if set forth in full herein.

5.      The Award of Arbitrator, Hon. Eugenia Benedict, signed on August14, 2019, awarded Plaintiffs McLaurin and Fitzgerald damages in the total sum of $2,767,900.00 against Defendants Terminix.

6.      Pursuant to 9 U.S.C. §9, Plaintiffs are entitled to have this Court receive and accept the Award of Arbitrator, confirm same, and grant to them Judgment against Defendants as follows:

      a.      Judgment against Defendants The Terminix International Company, L.P. and Terminix International, Inc., in the amount of $2,767,900.00, plus post-judgment interest at 7.5 percent per annum consistent with Ala. Code § 8-8-10; and

      b.      Judgment against The Terminix International Company, L.P. and Terminix International, Inc,, for all costs incurred for the confirmation and entry of Final Judgment.

WHEREFORE, Plaintiffs move the Court to receive, accept and confirm the Arbitration

Award, pursuant to 9 U.S.C. § 9, and grant unto them Final Judgment against Defendants in the sums

set forth in the Arbitration Award and as set forth above, with post-judgment interest until fully paid,

and all costs incurred for the confirmation and entry of Final Judgment.

Respectfully submitted,

*/s/ Adam M. Milam*
ADAM M. MILAM (MILAA2597)
*Counsel for Plaintiffs Ann McLaurin and Lynn Fitzgerald*

OF COUNSEL:
MILAM & MILAM, LLC
2206 Main Street
Daphne, AL 36526
Tel: (251) 928-0191
Fax: (844) 273-4029
amilam@milam-law.com

Thomas F. Campbell, Esq.
Bill Reece, Esq.
CAMPBELL LAW, P.C.
5336 Stadium Trace Parkway
Suite 206
Birmingham, AL 35244
Tel: (205) 278-6650
Fax: (205) 278-6654
tcampbell@campbelllitigation.com

## DEFENDANTS SERVED VIA CERTIFIED MAIL

**Defendant's Registered Agent Address:**

The Terminix International Company, L.P.
C/O CT Corporation System
2 N. Jackson St., Suite 605
Montgomery, AL 36104

Terminix International, Inc.
C/O CT Corporation System
2 N. Jackson St., Suite 605

Montgomery, AL 36104