UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHEN DIVISION

| | |
|---|---|
| ANN McLAURIN and LYNNE FITZGERALD<br><br>Plaintiffs,<br><br>v.<br><br>THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CV-19-553<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER TO COMPLAINT TO CONFIRM ARBITRATION AWARD AND GRANT FINAL JUDGMENT AND NOTICE OF INTENTION TO FILE MOTION TO VACATE**

In answer to the Plaintiffs' Complaint to Confirm Arbitration Award and Grant Final Judgment (Doc. 1), defendants the Terminix Intl. Co., L.P. and Terminix Intl., Inc. ("Terminix") says as follows:

**ANSWER**

1. Upon information and belief, admitted.

2. Admitted.

3. Admitted.

4. Admitted to the extent that the dates of the hearing and award are stated. Denied as to the remaining allegations in this paragraph.

5. Admitted to the extent that the amount of the arbitrator's award is recited. Denied as to the remaining allegations in this paragraph.

6. Denied.

## NOTICE OF INTENTION TO SUBMIT MOTION TO VACATE

1. Pursuant to 9 U.S.C. §12, Terminix is provided three months within which to file its Motion to Vacate the arbitrator's award. *See* 9 U.S.C. §12 ("Notice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered.").

2. Terminix hereby provides notice, and in further answer to the Plaintiffs' Complaint, states that its Motion to Vacate the Arbitrator's Award will be filed on or before November 14, 2019.

3. As will be shown in that motion, all or part of the Arbitrator's Award is due to be vacated pursuant to state and federal law.

4. As a result, Plaintiffs are not entitled to an Order from this Court confirming the award, and their Complaint is due to be dismissed.

/s/   Michael L. Bell
Of Counsel

OF COUNSEL:
Michael L. Bell
*mbell@lightfootlaw.com*
Haley A. Cox
*hcox@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on September 6, 2019, which will send electronic notification of the filing to the parties. If CM/ECF indicates that Notice needs to be delivered by other means to any of the parties, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

/s/   Michael L. Bell
Of Counsel
