

**TERMINIX**
MOBILE NORTH
1032 N UNIVERSITY BLVD
MOBILE, AL 36608

**Terms and Conditions**

**MANDATORY ARBITRATION.** Any claim, dispute or controversy, regarding any contract, tort, statute, or otherwise ("Claim"), arising out of or relating to this agreement or the relationships among the parties hereto shall be resolved by one arbitrator through binding arbitration administered by the American Arbitration Association ("AAA"), under the AAA Commercial or Consumer, as applicable, Rules in effect at the time the Claim is filed ("AAA Rules"). Copies of the AAA Rules and forms can be located at www.adr.org, or by calling 1-800-778-7879. The arbitrator's decision shall be final, binding, and non-appealable. Judgment upon the award may be entered and enforced in any court having jurisdiction. This clause is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act. Neither party shall sue the other party other than as provided herein or for enforcement of this clause or of the arbitrator's award; any such suit may be brought only in Federal District Court for the District or, if any such court lacks jurisdiction, in any state court that has jurisdiction. The arbitrator, and not any federal, state, or local court, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, unconscionability, arbitrability, enforceability or formation of this Agreement including any claim that all or any part of the Agreement is void or voidable. However, the preceding sentence shall not apply to the clause entitled "Class Action Waiver."

**CLASS ACTION WAIVER.** Any Claim must be brought in the parties' individual capacity, and not as a plaintiff or class member in any purported class, collective, representative, multiple plaintiff, or similar proceeding ("Class Action"). The parties expressly waive any ability to maintain any Class Action in any forum. The arbitrator shall not have authority to combine or aggregate similar claims or conduct any Class Action nor make an award to any person or entity not a party to the arbitration. Any claim that all or part of this Class Action Waiver is unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. THE PARTIES UNDERSTAND THAT THEY WOULD HAVE HAD A RIGHT TO LITIGATE THROUGH A COURT, TO HAVE A JUDGE OR JURY DECIDE THEIR CASE AND TO BE PARTY TO A CLASS OR REPRESENTATIVE ACTION, HOWEVER, THEY UNDERSTAND AND CHOOSE TO HAVE ANY CLAIMS DECIDED INDIVIDUALLY, THROUGH ARBITRATION.

**SEVERABILITY.** If any part of this agreement is held to be invalid or unenforceable for any reason, the remaining terms and conditions of this agreement shall remain in full force and effect.

**CHANGE IN LAW.** Terminix performs its services in accordance with the requirements of law. In the event of a change in existing law as it pertains to the services herein, Terminix reserves the right to revise the annual renewal charge, or terminate this Agreement.

**NON-PAYMENT, DEFAULT.** In case of non-payment or default by the Purchaser, Terminix has the right to terminate this Agreement. In addition, cost of collection shall be paid by the Purchaser, whether suit is filed or not. In addition, interest at the highest legal rate will be assessed for the period of delinquency.

**CHANGE IN TERMS.** At the time of any renewal of this agreement, Terminix may change this agreement by adding, deleting or modifying any provisions, except for the annual renewal charge. Terminix will notify the Purchaser in advance of any such change, and Purchaser may decline to accept such a change by declining to renew this agreement. Renewal of this agreement will constitute acceptance of any such changes. As to the annual renewal charge, after the second annual period and each annual period thereafter, Terminix reserves the right to revise the annual renewal charge without notifying the purchaser in advance of such change.

**FORCE MAJEURE.** The liability of Terminix under this Agreement will be terminated if Terminix is prevented from fulfilling its responsibilities under the terms of this Agreement by reason of delays in transportation, shortages of fuel and/or materials, strikes, embargoes, fires, floods, quarantine restrictions, earthquakes, hurricanes, or any other act of God or circumstance or cause beyond the control of Terminix. Terminix reserves the right to adjust the service charge in the event of any such occurrences or happenings.

**ADDITIONS, ALTERATIONS.** This Agreement covers the Structures described on the Inspection Graph as of the date of initial inspection. In the event the premises are structurally modified, altered or otherwise changed or if soil is removed or added around the foundation, Purchaser will notify Terminix prior to such event and will arrange for an additional inspection required by the changes incurred. Failure to do so will terminate the Agreement automatically without further notice. In the event of any such change, Terminix reserves the right to adjust the annual renewal charge. The failure of Terminix to notice any such changes does not release Purchaser from the obligations set forth in this paragraph.

**LIMITED ASSIGNABILITY.** This Agreement is assignable by Purchaser to a new owner of the property for period of one year from the Effective Date of this Agreement and thereafter, upon the written request of the Purchaser, and only in the sole discretion of Terminix, after its inspection of the property which consent, if given, shall be in writing, signed by Terminix and accepted in writing by Purchaser.

**EXISTING DAMAGE.** Terminix is not responsible for the repair of either visible damage or hidden damage existing as of the date of this Agreement or occurring prior to the Effective Date of this Agreement. Damage discovered after the Effective Date of this Agreement with no verified live and active infestation present shall be deemed to have been caused before the date. Because damage may be present in areas which are inaccessible to visual inspection, Terminix does not guarantee that the damage disclosed on the Inspection Graph represents all of the existing damage as of the date of this Agreement.

**DISCLAIMER:**
EXCEPT AS OTHERWISE PROHIBITED BY LAW, TERMINIX DISCLAIMS AND SHALL NOT BE RESPONSIBLE FOR ANY LIABILITY FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, AND/OR LOSS OF ENJOYMENT DAMAGES. THE OBLIGATIONS OF TERMINIX SPECIFICALLY STATED IN THIS AGREEMENT ARE GIVEN IN LIEU OF ANY OTHER OBLIGATION OR RESPONSIBILITY, EXPRESS OR IMPLIED, INCLUDING ANY REPRESENTATION OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

This plan does not guarantee, and Terminix does not represent, that pests and/or termites will not return.

Should Terminix perform treatment on this property, Terminix will provide the Purchaser with a copy of the manufacturer's specimen label and other state required documents for the pesticide (s)/termiticide(s) which will be used to treat the above-named property.

This Agreement does not cover and Terminix will not be responsible for damage resulting from or services required for:
(1) any and all damage resulting from termites and/or any other wood destroying organisms except as specifically provided herein.
(2) moisture conditions, including but not limited to fungus and/or water leakage caused by faulty plumbing, roofs, gutters, downspouts and/or poor drainage
(3) masonry failure or grade alterations.
(4) inherent structural problems, including but not limited to, wood to ground contacts.
(5) termites entering any rigid foam, wooden or cellulose containing component in contact with the earth and the Structures regardless of whether the component is part of the Structures.
(6) the failure of Purchaser upon notice from Terminix to properly cure at Purchaser's expense any condition which prevents proper treatment or inspection or is conducive to termite infestation.

**EASY PAY AGREEMENT.** In payment for services performed by Terminix (we) hereby authorize you to initiate debit entries to my specified account, within five (5) business days after my (our) account has been charged, as indicated in the Sales Agreement, at the depository financial institution named herein and to debit the same to such account. I (we) acknowledge that the amount may increase subsequent to the Sales Agreement's second anniversary date. This Authorization will remain in effect until I (we) notify you in writing to cancel it in such time as to afford the financial institution a reasonable opportunity to act upon that notification. I (we) understand that cancellation of this authorization does not cancel my (our) service agreement or my responsibilities thereunder.

**WATER LEAKAGE.** Purchaser is responsible for making timely repairs as necessary to stop water leakage in interior areas or through the roof or exterior walls of the Structure as identified by Terminix. Purchaser understands that such leakage may destroy the effectiveness of treatment rendered by Terminix and is conducive to new infestations. Purchaser's failure to make timely repairs as identified by Terminix will terminate this Agreement automatically without further notice. Terminix shall have no responsibility for repairs with respect to water leakage.