# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANN McLAURIN and LYNNE FITZGERALD<br><br>Plaintiffs,<br><br>v.<br><br>THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 1:19-cv-00553 |

## TERMINIX'S MOTION TO SET SUPERSEDEAS BOND AMOUNT

Defendants the Terminix Intl. Co., L.P., and Terminix Intl., Inc. ("Terminix") submit this Motion to Set Supersedeas Bond in the amount of $3,354.687.75. In support of this Motion, Terminix says as follows:

1. On July 6, 2020, the Court entered an order granting the Plaintiffs' Motion for Confirmation of the Arbitrator's Award, striking Terminix's Motion to Vacate the Award, and Denying the Plaintiff's Motion for Sanctions. (Doc. 29). The order found that Plaintiffs are entitled to pre-judgment interest at the rate of 6% per annum for the period of August 14, 2019 to the date of the judgment, as well as post-judgment interest. (Doc. 29, p. 10).

2. On that same date, the Court entered a judgment against Terminix and in the Plaintiffs' favor in the amount of $2,767,900.00, exclusive of pre-judgment and post-judgment interest. (Doc. 30).

3. Pursuant to Federal Rule of Civil Procedure 62(a), execution of the judgment is automatically stayed until August 5, 2020. *See* Fed. R.Civ. P. 62(a) ("Except as provided in Rule

62(c) and (d), execution on a judgment and proceedings to enforce it are stayed for thirty days after its entry, unless the court orders otherwise.").

4. Terminix intends to appeal the Court's orders and will file its Notice of Appeal prior to the expiration of the automatic thirty-day stay (on or before August 5, 2020) provided for by Rule 62(a), along with a supersedeas bond to stay executing of the judgment pending appeal as required by S.D. Ala. Civil L.R. 62 and 65.1.

5. Terminix submits that the appropriate supersedeas bond amount to stay execution of the judgment pending appeal is $3,354,687.75. Applying S.D. Ala. Civil L.R. 62(a) to the amount of the Arbitrator's award, the rate at which pre-judgment interest was assessed, and the pre-judgment interest period set forth in the Order (August 14, 2019-July 6, 2020), Terminix calculates the amount of the requisite supersedeas bond to be $3,354,687.75.[1]

6. To the extent the Court or Plaintiffs' counsel take issue with this calculation, Terminix requests notice of any such disagreement as soon as possible and a detailed description of the proposed alternate calculation, so that Terminix may timely obtain and post the bond. Otherwise, Terminix with move forward with obtaining a supersedeas bond in the amount of $3,354,687.75, so that the bond may be posted in order to stay execution of the judgment upon the expiration of the automatic stay.

7. A proposed order is attached for the Court's consideration.

---

[1] The number of days that elapsed between August 14, 2019 and July 6, 2020 is 327. At 6% per annum, the daily pre-judgment interest amount is $455.00. Multiplying the number of days for which pre-judgment interest was imposed (327) by the daily pre-judgment interest amount ($455/day) yields $148,785.00. When that figure is added to the arbitrator's award, the amount of the judgment, inclusive of pre-judgment interest, becomes $2,916,685.00. Applying S.D. Ala. Civil L.R. 62(a) and adding 15% of the judgment amount ($437,502.75) and $500.00 to the amount of the judgment, the supersedeas bond amount is $3,354,687.75.

Respectfully submitted,

/s/ *Haley A. Cox*
Of Counsel

OF COUNSEL:
Michael L. Bell
*mbell@lightfootlaw.com*
Haley A. Cox
*hcox@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)

## **CERTIFICATE OF SERVICE**

    I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on July 15, 2020, which will send electronic notification of the filing to the parties. If CM/ECF indicates that Notice needs to be delivered by other means to any of the parties, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

/s/ *Haley A. Cox*
Of Counsel
