UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN McLAURIN and LYNNE FITZGERALD ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:19-cv-00553 |
| THE TERMINIX INTERNATIONAL ) COMPANY, L.P., and TERMINIX ) INTERNATIONAL, INC., ) ) | |
| Defendants. ) | |

**RESPONSE OF NO OBJECTION TO DEFENDANTS' MOTION
TO SET SUPERSEDEAS BOND AMOUNT**

Plaintiffs Ann McLaurin and Lynne Fitzgerald, through their counsel of record, have reviewed Defendants The Terminix International Company, L.P.'s and Terminix International, Inc.'s Motion to Set Supersedeas Bond Amount (Doc. 31) and **do not object** to said amount for supersedeas bond amount. The amount of **$3,354.687.75** appears correct.

Respectfully submitted,

*/s/ Adam M. Milam*
ADAM M. MILAM (MILAA2597)
*Counsel for Plaintiffs Ann McLaurin and Lynn Fitzgerald*

OF COUNSEL:
MILAM & MILAM, LLC
20252 State Highway 181
Suite C
Fairhope, AL 36532
Tel: (251) 928-0191
Fax: (844) 273-4029
amilam@milam-law.com

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on July 21, 2020, which will send electronic notification of such filing to the parties. If CM/ECF indicates that Notice needs to be delivered by other means to any of the parties, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

Michael L. Bell, Esq.
mbell@lightfootlaw.com
Haley A. Cox, Esq.
hcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)
*Counsel for Defendants Terminix*

Thomas F. Campbell, Esq.
Bill Reece, Esq.
CAMPBELL LAW, P.C.
5336 Stadium Trace Parkway
Suite 206
Birmingham, AL 35244
Tel: (205) 278-6650
Fax: (205) 278-6654
tcampbell@campbelllitigation.com
breece@campbelllitigation.com
*Additional Counsel for Plaintiffs*